Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# United States Bankruptcy Court
### District of Colorado

In re   Western Integrated Networks, LLC

Debtor

Case No. 02-13043-EEB

Chapter 11

FILED
BRADFORD L. BOLTON
CLERK

02 MAR 11 PM 12:06

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ASPEN INTERNATIONAL CABLE CORP<br>PO BOX 12486<br>SALEM, OR 97309-7741 | ASPEN INTERNATIONAL CABLE CORP<br>PO BOX 12486<br>SALEM, OR 97309-7741 | Trade | Unliquidated<br>Disputed | 2,406,970.56 |
| AVAYA INC<br>OKLAHOMA CUST CARE CENTER<br>14400 HERTZ QUAIL SPRINGS PKWY<br>OKLAHOMA CITY, OK 73134 | Roxanne Burke<br>AVAYA INC<br>OKLAHOMA CUST CARE CENTER<br>14400 HERTZ QUAIL SPRINGS PKWY<br>OKLAHOMA CITY, OK 73134<br>800-426-2455 | Trade | Unliquidated<br>Disputed | 2,046,772.91 |
| AVNET INC<br>1400 S COLORADO BLVD<br>DENVER, CO 80222 | AVNET INC<br>1400 S COLORADO BLVD<br>DENVER, CO 80222<br>303-758-7563 | Trade | Unliquidated<br>Disputed | 454,040.41 |
| BECHTEL TELECOMMUNICATIONS<br>7215 CORPORATE DR<br>FREDERICK, MD 21703 | Joe Scarpino<br>BECHTEL TELECOMMUNICATIONS<br>7215 CORPORATE DR<br>FREDERICK, MD 21703<br>303-486-6150 | Trade | Disputed | 2,036,654.27 |
| BECHTEL TELECOMMUNICATIONS<br>7215 CORPORATE DR<br>FREDERICK, MD 21703 | Joe Scarpino<br>BECHTEL TELECOMMUNICATIONS<br>7215 CORPORATE DR<br>FREDERICK, MD 21703<br>303-486-6150 | Trade | Disputed | 5,540,492.48 |

In re   Western Integrated Networks, LLC
　　　　　　　　　　　　Debtor

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| CABLECOM INC<br>6792 TRIBBLE ST<br>LITHONIA, GA 30058 | CABLECOM INC<br>6792 TRIBBLE ST<br>LITHONIA, GA 30058 | Trade | Unliquidated<br>Disputed | 1,241,891.92 |
| CANAL+ US TECHNOLOGIES<br>20230 STEVENS CREEK BLVD<br>STE C<br>CUPERTINO, CA 95014 | Bo Kearns<br>CANAL+ US TECHNOLOGIES<br>20230 STEVENS CREEK BLVD<br>STE C<br>CUPERTINO, CA 95014<br>408-961-4017 | Trade | Unliquidated<br>Disputed | 462,923.35 |
| COMMSCOPE<br>5690 DTC BLVD STE 370E<br>ENGLEWOOD, CO 80111 | COMMSCOPE<br>5690 DTC BLVD STE 370E<br>ENGLEWOOD, CO 80111 | Trade | Unliquidated<br>Disputed | 2,086,315.38 |
| HARMONIC INC<br>PO BOX 3775<br>SUNNYVALE, CA 94089 | Marty McFarland<br>HARMONIC INC<br>PO BOX 3775<br>SUNNYVALE, CA 94089<br>408-542-2673 | Trade | Unliquidated<br>Disputed | 1,232,733.85 |
| HARMONIC INC<br>PO BOX 3775<br>SUNNYVALE, CA 94089 | Marty McFarland<br>HARMONIC INC<br>PO BOX 3775<br>SUNNYVALE, CA 94089<br>408-542-2673 | Trade | Unliquidated<br>Disputed | 1,135,916.05 |
| INTERNATIONAL FIBERCOM INC<br>1421 RICHARDS BLVD<br>SACRAMENTO, CA 95814 | Stephanie Benson<br>INTERNATIONAL FIBERCOM INC<br>1421 RICHARDS BLVD<br>SACRAMENTO, CA 95814<br>916-482-8833 | Trade | Unliquidated<br>Disputed | 465,291.78 |

In re __Western Integrated Networks, LLC_____,   Case No. _____
                              Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| LUCENT TECHNOLOGIES INC<br>8400 E PRENTICE AVE 9TH FLOOR<br>ENGLEWOOD, CO 80111 | Heidi White<br>LUCENT TECHNOLOGIES INC<br>8400 E PRENTICE AVE 9TH FLOOR<br>ENGLEWOOD, CO 80111<br>720-482-5324 | Trade | Unliquidated<br>Disputed | 6,755,067.36 |
| MARSH USA INC<br>PREMIUM TRUST ACCOUNT<br>PO BOX 44078<br>SAN FRANCISCO, CA 94144-4078 | Jeff Parent<br>MARSH USA INC<br>PREMIUM TRUST ACCOUNT<br>PO BOX 44078<br>SAN FRANCISCO, CA 94144-4078<br>303-308-4500 | Trade | Unliquidated<br>Disputed | 551,836.00 |
| MDSI MOBILE DATA SOLUTIONS INC<br>10271 SHELLBRIDGE WAY<br>RICHMOND, BC V6X 2W8 | Vern Peko<br>MDSI MOBILE DATA SOLUTIONS INC<br>10271 SHELLBRIDGE WAY<br>RICHMOND, BC V6X 2W8<br>604-207-6299 | Trade | Unliquidated<br>Disputed | 1,307,967.96 |
| NCUBE CORPORATION<br>1825 NW 167TH PLACE<br>BEAVERTON, OR 97006 | NCUBE CORPORATION<br>1825 NW 167TH PLACE<br>BEAVERTON, OR 97006 | | Unliquidated<br>Disputed | 442,788.72 |
| OVEN DIGITAL<br>ATTN DAVID LEVINE<br>10 CROSBY ST<br>NEW YORK, NY 10013-3103 | Ray Dobin<br>OVEN DIGITAL<br>ATTN DAVID LEVINE<br>10 CROSBY ST<br>NEW YORK, NY 10013-3103<br>646-613-2822 | Trade | Unliquidated<br>Disputed | 469,561.99 |
| PAR ELECTRICAL CONTRACTORS INC<br>1416 MIDWAY RD<br>VACAVILLE, CA 95688 | PAR ELECTRICAL CONTRACTORS INC<br>1416 MIDWAY RD<br>VACAVILLE, CA 95688<br>707-693-1237 | Trade | Unliquidated<br>Disputed | 1,111,831.51 |

In re   Western Integrated Networks, LLC
                        Debtor

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| PHILIPS DIGITAL NETWORKS<br>1000 W MAUDE AVE<br>SUNNYVALE, CA 94085-2810 | Helmut Gehle<br>PHILIPS DIGITAL NETWORKS<br>1000 W MAUDE AVE<br>SUNNYVALE, CA 94085-2810<br>408-617-4867 | Trade | Contingent<br>Unliquidated<br>Disputed | 4,220,349.40 |
| SCIENTIFIC ATLANTA INC<br>PO BOX 100271<br>ATLANTA, GA 30384 | Charles<br>SCIENTIFIC ATLANTA INC<br>PO BOX 100271<br>ATLANTA, GA 30384<br>770-236-5703 | Trade | Unliquidated<br>Disputed | 722,704.49 |
| TYCO ELECTRONICS<br>8000 PURFOY RD<br>FUQUAY VARINA, NC 27526 | Rick Powell<br>TYCO ELECTRONICS<br>8000 PURFOY RD<br>FUQUAY VARINA, NC 27526<br>303-904-9122 | Trade | Unliquidated<br>Disputed | 524,625.69 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date    March 11, 2002                    Signature _____
                                                    Frank L. Casazza
                                                    President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.