UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
) Case No. 02-13043 (EEB)
)
WESTERN INTEGRATED NETWORKS, )
L.L.C., *et al.*[1] ) Jointly Administered
EIN 84-1518702 )
) Chapter 11
Debtors. )

with pleadings and orders so captioned to be filed and docketed only in Case No. 02-13043 EEB; and,

IT IS FURTHERED ORDERED, that all pleadings and orders which pertain to the assets, business and affairs of the separate Debtors shall be captioned in the respective case to which they pertain, but shall be filed and docketed in Case No. 02-13043 EEB; and,

IT IS FURTHER ORDERED, that Debtors shall maintain adequate records regarding the assets of the respective Debtors' estates in order to protect the rights of joint creditors and separate creditors of these estates.

DATED this 14th day of March, 2002

BY THE COURT:

_____
United States Bankruptcy Court Judge

```
FILED
BRADFORD L. BOLTON, CLERK

MAR 14 2002

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO
```

---

[1] The Debtors are the following entities: (1) Western Integrated Networks, LLC, a Delaware limited liability company; (2) Cablexpress, Inc., a Colorado corporation; (3) Western Integrated Networks Holdings, LLC, a Delaware limited liability company; (4) Western Integrated Networks of Colorado Operating LLC, a Delaware limited liability company; (5) Western Integrated Networks of California Operating LLC, a Delaware limited liability company; (6) Western Integrated Networks of Sacramento Purchasing Company, LLC, a Delaware limited liability company; (7) WIN of Texas GP LLC, a Delaware limited liability company; (8) Western Integrated Networks of Texas Operating L.P., a Delaware limited partnership; and (9) Western Integrated Networks of Los Angeles Operating LLC, a Delaware limited liability company.

3