# United States Bankruptcy Court
### District of Colorado

In re: **Western Integrated Networks, LLC**

Debtor(s)

FILED
BRADFORD L. BOLTON, CLERK
APR 17

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

Case No. 02-13043 EEB
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| James C. Vaughn<br>3125 East Exposition Avenue<br>Denver, Colorado 80209 | Class A<br>Class C | .450% | Voting |
| J.P. Morgan Investment Corporation<br>60 Wall Street<br>New York, New York 10260-0060 | Class A | 11.952% | Voting |
| Sixty Wall Street SBIC Fund, L.P.<br>60 Wall Street<br>New York, New York 10260-0060 | Class A | 3.984% | Voting |
| Columbia Capital Equity Partners II (QP), L.P.<br>c/o Columbia Capital<br>201 North Union Street<br>Suite 300<br>Alexandria, VA 22314 | Class A | 1.832% | Voting |
| Columbia WIN, Inc.<br>Columbia Capital<br>201 North Union Street<br>Suite 300<br>Alexandria, VA 22314 | Class A | 4.410% | Voting |
| Columbia WIN Partners, LLC<br>c/o Columbia Capital<br>201 North Union Street<br>Suite 300<br>Alexandria, VA 22314 | Class A | .388% | Voting |
| Columbia WIN Co-Investors (Cayman), L.P.<br>c/o Columbia Capital<br>201 North Union Street<br>Suite 300<br>Alexandria, VA 22314 | Class A | 1.125% | Voting |
| Columbia Capital Equity Partners III (QP), L.P.<br>c/o Columbia Capital<br>201 North Union Street<br>Suite 300<br>Alexandria, VA 22314 | Class A | 5.261% | Voting |
| Columbia WIN Partners III, LLC<br>c/o Columbia Capital<br>201 North Union Street<br>Suite 300<br>Alexandria, VA 22314 | Class A | 2.452% | Voting |

__9__ continuation sheets attached to the List of Equity Security Holders

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| First Union Merchant Banking 1999-II, LLC<br>One First Union Center<br>301 South College Street, 5th Floor<br>Charlotte, NC 28288-0732 | Class A | 8.437% | Voting |
| First Union Capital Partners, LLC<br>One First Union Center<br>301 South College Street, 5th Floor<br>Charlotte, NC 28288-0732 | Class A | 5.625% | Voting |
| Providence Equity WIN Partners L.P.<br>9th Floor, Fleet Center<br>50 Kennedy Plaza<br>Providence, RI 02903 | Class A | 11.249% | Voting |
| Madison Dearborn Capital Partners III, L.P.<br>c/o Madison Dearborn Partners, LLC<br>Three First National Plaza, Suite 3800<br>Chicago, Illinois 60602 | Class A | 15.581% | Voting |
| Madison Dearborn Special Equity III, L.P.<br>c/o Madison Dearborn Partners, LLC<br>Three First National Plaza, Suite 3800<br>Chicago, Illinois 60602 | Class A | .346% | Voting |
| Special Advisors Fund I, LLC<br>c/o Madison Dearborn Partners, LLC<br>Three First National Plaza, Suite 3800<br>Chicago, Illinois 60602 | Class A | .009% | Voting |
| Blackstone BC Capital Partners L.P.<br>345 Park Avenue<br>New York, New York 10154 | Class A | 9.431% | Voting |
| Blackstone BC Offshore Capital Partners L.P.<br>345 Park Avenue<br>New York, New York 10154 | Class A | 1.144% | Voting |
| Blackstone Family Media Partnership III L.P.<br>345 Park Avenue<br>New York, New York 10154 | Class A | .675% | Voting |
| Oak IX Blocker Corp.<br>c/o Oak Investment Partners<br>525 University Avenue<br>Suite 1300<br>Palo Alto, CA 94301 | Class A | 4.349% | Voting |
| Oak IX Affiliates Fund, Limited Partnership<br>c/o Oak Investment Partners<br>525 University Avenue<br>Suite 1300<br>Palo Alto, CA 94301 | Class A | .046% | Voting |

1

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Oak IX Affiliates Fund-A, Limited Partnership<br>c/o Oak Investment Partners<br>525 University Avenue<br>Suite 1300<br>Palo Alto, CA 94301 | Class A | .104% | Voting |
| BCI Growth V, L.P.<br>c/o BCI Partners, Inc.<br>Glenpointe Centre West<br>Teaneck, NJ 07666-6883 | Class A | 1.107% | Voting |
| BCI Investors, LLC<br>c/o BCI Partners, Inc.<br>Glenpointe Centre West<br>Teaneck, NJ 07666-6883 | Class A | .018% | Voting |
| Dolphin Communications WIN, Inc.<br>c/o Dolphin Communications<br>750 Lexington Avenue, 16th Floor<br>New York, NY 10022 | Class A | 1.125% | Voting |
| Duff Ackerman & Goodrich, L.P.<br>c/o DAG, LLC<br>Two Embarcadero Center, Suite 2300<br>San Francisco, CA 94111 | Class A | .917% | Voting |
| Duff Ackerman & Goodrich QP Fund, L.P.<br>c/o DAG, LLC<br>Two Embarcadero Center, Suite 2300<br>San Francisco, CA 94111 | Class A | .761% | Voting |
| Duff Ackerman & Goodrich CD Fund, L.P.<br>c/o DAG, LLC<br>Two Embarcadero Center, Suite 2300<br>San Francisco, CA 94111 | Class A | .250% | Voting |
| DAG GP Fund, LLC<br>Two Embarcadero Center, Suite 2300<br>San Francisco, CA 94111 | Class A | .096% | Voting |
| Duff Ackerman & Goodrich II, L.P.<br>c/o DAG II, LLC<br>Two Embarcadero Center, Suite 2300<br>San Francisco, CA 94111 | Class A | .108% | Voting |
| Duff Ackerman & Goodrich QP Fund II, L.P.<br>c/o DAG II, LLC<br>Two Embarcadero Center, Suite 2300<br>San Francisco, CA 94111 | Class A | 1.165% | Voting |
| DAG GP Fund II, LLC<br>Two Embarcadero Center, Suite 2300<br>San Francisco, CA 94111 | Class A | .065% | Voting |

2

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| DAG Coinvestment Fund II-B, LLC<br>c/o DAG II, LLC<br>Two Embarcadero Center, Suite 2300<br>San Francisco, CA 94111 | Class A | 1.018% | Voting |
| DAG II Partners Fund, LLC<br>c/o DAG II, LLC<br>Two Embarcadero Center, Suite 2300<br>San Francisco, CA 94111 | Class A | 0.013% | Voting |
| TeleSoft Partners II, L.P. and TeleSoft Partners II QP, L.P., as tenants in common<br>c/o TeleSoft Partners<br>1450 Fashion Island Boulevard<br>Suite 610<br>San Mateo, CA 94404 | Class A | .281% | Voting |
| TeleSoft Partners II SBIC, L.P.<br>c/o TeleSoft Partners<br>1450 Fashion Island Boulevard<br>Suite 610<br>San Mateo, CA 94404 | Class A | .281% | Voting |
| William H. Oberlin Revocable Trust dated 2/93<br>  William H. Oberlin<br>BullsEye Telecom Inc.<br>25900 Greenfield Road Suite 330<br>Oak Park, MI 48237 | Class A | .028% | Voting |
| Royce Holland<br>1950 Stemmons Freeway<br>Suite 3026<br>Dallas, TX 75207 | Class A | .028% | Voting |
| Kirby "Buddy" Pickle, Jr.<br>Velocita<br>1800 Alexander Bell Drive 4th Floor<br>Reston, VA 20191 | Class A | .028% | Voting |
| Andrew Lipman<br>8513 Country Club Drive<br>Bethesda, MD 20817 | Class A | .003% | Voting |
| Bechtel Corporation<br>5275 Corporate Drive<br>Frederick, MD 21703 | Class A | 2.880% | Voting |
| Accenture Inc.<br>c/o Accenture LLP<br>100 South Walker Drive<br>Chicago, Illinois 60606<br>Attention: Michael Hughes | Class A | .135% | Voting |

3

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| SFG-V Inc.<br>c/o GE Capital Services Structured Finance Group<br>120 Long Ridge Road, 3rd Floor<br>Stamford, Connecticut 06927 | Class A | .844% | Voting |
| James M. Kane<br>134 W. Summit Avenue<br>Lakewood, New York 14750 | Class C | N/A | Non-Voting |
| Frank L. Casazza<br>2945 Deer Meadow Drive<br>Danville, California 94506 | Class C | N/A | Non-Voting |
| William J. Mahon, Jr.<br>30 Tor Court<br>Pitsfield, Massachusetts 01201 | Class C | N/A | Non-Voting |
| Shiraz Moosajee<br>815 St. Paul Street<br>Denver, Colorado 80206 | Class C | N/A | Non-Voting |
| David M. Heyrend<br>13923 E. Grand Avenue<br>-ora, Colorado 80015 | Class C | N/A | Non-Voting |
| William Benjamin Novak, III<br>18971 E. Mercer Drive<br>Aurora, Colorado 80013 | Class C | N/A | Non-Voting |
| Todd E. Padgett<br>5308 West Brittany Place<br>Littleton, Colorado 80123 | Class C | N/A | Non-Voting |
| William P. Brovsky<br>3000 E. Geddes Place<br>Littleton, Colorado 80122 | Class C | N/A | Non-Voting |
| Jodi L. Zippo<br>6522 S. Pierson Court<br>Littleton, Colorado 80127 | Class C | N/A | Non-Voting |
| Galen R. Yockey<br>5904 E. Nichols Place<br>Englewood, Colorado 80112 | Class C | N/A | Non-Voting |
| Brian L. Seifarth<br>11429 Upper Georges Creek Road, SW<br>Frostburg, Maryland 21532 | Class C | N/A | Non-Voting |
| Debra L. Graham<br>9876 Tefer Court<br>Westminster, Colorado 80021 | Class C | N/A | Non-Voting |

4

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Douglas R. VanCura<br>16536 East Stanford Place<br>Aurora, Colorado 80015 | Class C | N/A | Non-Voting |
| Gregory J. Smith<br>3240 South Biscay Way<br>Aurora, Colorado 80013 | Class C | N/A | Non-Voting |
| Brian P. Hart<br>9039 Goosander Way<br>Littleton, Colorado 80126 | Class C | N/A | Non-Voting |
| Joyce L. Vermace<br>3163 Westview Drive, NE<br>Solon, Iowa 52333 | Class C | N/A | Non-Voting |
| Anthony L. Wagoner<br>6811 Fairway Ridge Drive<br>Douglasville, Georgia 30134 | Class C | N/A | Non-Voting |
| Winston K. Ashizawa<br>1508 Kingsford Drive<br>Carmichael, California 95608 | Class C | N/A | Non-Voting |
| Jeffrey H. Fishburn<br>95 S. Autumn Ash Place<br>Highlands Ranch, Colorado 80126 | Class C | N/A | Non-Voting |
| Jason T. Frick<br>9171 West Phillips Drive<br>Littleton, Colorado 80128 | Class C | N/A | Non-Voting |
| Patrick C. Giefer<br>750 S. Gaylord<br>Denver, Colorado 80209 | Class C | N/A | Non-Voting |
| Mark Techentien<br>10392 Brookhollow Circle<br>Highlands Ranch, Colorado 80126 | Class C | N/A | Non-Voting |
| Matthew P. Zuschlag<br>1006 S. Hughes Place<br>Highlands Ranch, Colorado 80126 | Class C | N/A | Non-Voting |
| Richard A. Baughman<br>9057 E. Mississippi Avenue<br>Denver, CO 80231 | Class C | N/A | Non-Voting |
| Bradley S. Crady<br>8366 S. Yarrow Street<br>Littleton, CO 80128 | Class C | N/A | Non-Voting |
| Robert Dallmer<br>1715 Glen Ayr Drive<br>Lakewood, CO 80215 | Class C | N/A | Non-Voting |

5

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Matthew G. Harrigan<br>1836 Blake Street<br>Left Tower Penthouse<br>Denver, CO 80202 | Class C | N/A | Non-Voting |
| Dennis L. Lowry<br>2000 S. Colorado Blvd.<br>Denver, CO 80222 | Class C | N/A | Non-Voting |
| Michael Major<br>6341 W. Maplewood Place<br>Littleton, CO 80123 | Class C | N/A | Non-Voting |
| Matthew G. Riley<br>13534 Pecos Street<br>Westminster, CO 80234 | Class C | N/A | Non-Voting |
| Keith A. Tyrrell<br>6470 S. Magnolia Court<br>Englewood, CO 80111 | Class C | N/A | Non-Voting |
| Pamella R. Thorne<br>3849 Tanglewilde<br>Houston, TX 77063 | Class C | N/A | Non-Voting |
| Barbara Warden<br>13 Polvera Avenue<br>San Diego, CA 92128 | Class C | N/A | Non-Voting |
| Ian R. Dennett<br>1853 Mountain Sage Run<br>Highlands Ranch, CO 80126 | Class C | N/A | Non-Voting |
| Jeffrey C. Johnson<br>6569 S. Oak Circle<br>Littleton, CO 80127 | Class C | N/A | Non-Voting |
| Kenneth Earls<br>14924 Venado Drive<br>Rancho Murietta, CA 95683 | Class C | N/A | Non-Voting |
| Michael J. Tiffany<br>9085 E. Mississippi, #L101<br>Denver, CO 80231 | Class C | N/A | Non-Voting |
| Hansel E. Lee, Jr.<br>5493 S. Danube Way<br>Centennial, CO 80015-4807 | Class C | N/A | Non-Voting |
| Matthew D. Wohl<br>3291 S. Magnolia St.<br>Denver, CO 80224 | Class C | N/A | Non-Voting |
| Bernard Gibson<br>6260 Wilhoff Lane<br>Granite Bay, CA 95746 | Class C | N/A | Non-Voting |

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| D. Michael McNeill<br>9792 Kiowa Road<br>Parker, CO 80138 | Class C | N/A | Non-Voting |
| Steve Matrix<br>2075 S. University Blvd., #217<br>Denver, CO 80210 | Class C | N/A | Non-Voting |
| Jeff Hays<br>1910 W. 19th Avenue<br>Apache Junction, AZ 85220 | Class C | N/A | Non-Voting |
| Kevin Doyle<br>14476 Rue Des Chenes<br>French Settlement, LA 70733 | Class C | N/A | Non-Voting |
| Dwight McClelland<br>2415 34th Ave. NE<br>Gigharbor, WA 98335 | Class C | N/A | Non-Voting |
| Richard Whittington<br>436 Sumac Court<br>Murphy, TX 75094 | Class C | N/A | Non-Voting |
| John Ernest Heslip<br>'4 E. Terrace Drive<br>_hlands Ranch, CO 80126 | Class C | N/A | Non-Voting |
| Randall J. Fischer<br>3058 Rockbridge Drive<br>Highlands Ranch, CO 80129 | Class C | N/A | Non-Voting |
| Robert S. Sandberg<br>2525 15th Street, #2F<br>Denver, CO 80211 | Class C | N/A | Non-Voting |
| Dennis L. Starr<br>3255 Coyote Hills Way<br>Castle Rock, CO 80104 | Class C | N/A | Non-Voting |
| Catherine E. Kremer<br>1020 15th Street, #14L<br>Denver, CO 80202 | Class C | N/A | Non-Voting |
| Philip A. Rheinschild, Jr.<br>5760 Oak Knolls Road<br>Simi Valley, CA 93063 | Class C | N/A | Non-Voting |
| Samuel Ward Spangenberg<br>2520 Olive Street<br>Denver, CO 80207 | Class C | N/A | Non-Voting |
| David L. Knowles<br>?575 Cardigan Drive<br>orado Springs, CO 80920 | Class C | N/A | Non-Voting |

7

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| James W. Player, III<br>16225 W. 132nd Street<br>Olathe, KS 86062 | Class C | N/A | Non-Voting |
| Glenn D. Hall<br>5913 Sceptre Drive<br>Rockwall, TX 75032 | Class C | N/A | Non-Voting |
| Gregory L. Chamberlain<br>2015 Buena Vista Avenue<br>Alameda, CA 94501 | Class C | N/A | Non-Voting |
| Gerald C. Petterson<br>8656 White Peacock Way<br>Elk Grove, CA 95624 | Class C | N/A | Non-Voting |
| Keith Mason<br>18754 E. Powers Drive<br>Aurora, CO 80015 | Class C | N/A | Non-Voting |
| Steven P. Brockett<br>5103 Briargrove Lane<br>Dallas, TX 75287 | Class C | N/A | Non-Voting |
| Esteban E. Sandino<br>8 S. Anasazi Indian Way<br>Highlands Ranch, CO 80129 | Class C | N/A | Non-Voting |
| Royce A. Stein<br>4888 S. Meadow Lark Drive<br>Castle Rock, CO 80104 | Class C | N/A | Non-Voting |
| John S. Koo<br>12 Cherry Lane Drive<br>Cherry Hills Village, CO 80110 | Class C | N/A | Non-Voting |
| Albert D. Fosbenner<br>272 W. Phillips Peak<br>Highlands Ranch, CO 80129 | Class C | N/A | Non-Voting |

8

BRADFORD L. BOLTON, CLERK

APR 17

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Assistant Secretary of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my knowledge, information, and belief.

Date _April 17, 2002_    Signature _[signature]_

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

9